EVA I. DAVIS et al., Respondents, v. S. S. KRESGE COMPANY, Appellant.— Respondent wife fell in appellant's store in Albany. She asserts that there was wax on the floor, that wax which was still wet was on her hands and clothing. Defendant's witnesses denied that wax was used upon the floors. Respondent

husband sustained his wife's testimony. It was a question of fact for the jury to determine. Judgments and orders affirmed, with costs. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur. [See *post*, p. 923.]